UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE, et al. | ) | |
| | ) | CASE NO.: 1:25-cv-01454-PAB |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| NVR, INC. | ) | |
| | ) | DEFENDANT NVR, INC.'S MOTION |
| | ) | TO STAY DISCOVERY |
| Defendant. | ) | |
| | ) | |

Defendant NVR, Inc. ("NVR") respectfully moves this Court for an order staying discovery in this matter until the Court rules on NVR's pending Motion to Dismiss Plaintiffs' Complaint, or at least until the Court conducts a case management conference pursuant to the process outlined in Fed. R. Civ. P. 16(b) and 26(f) and Local Rule 26.1. NVR's motion is brought pursuant to Rule 26(d), precipitated by the attempt of Plaintiffs William and Victoria Lawrence ("Plaintiffs") to unilaterally initiate Civil Rules discovery. As explained in the accompanying Memorandum in Support, a stay is warranted because NVR's motion raises a purely legal issue that, if granted, will dispose of all claims in this case and eliminate the need for discovery altogether. Proceeding with discovery at this juncture is contrary to the Civil Rules, would impose unnecessary burden and expense, and would contravene principles of justice and judicial economy.

Respectfully submitted,

*/s/ Ryan W. Gillespie*
David D. Yeagley (0042433)
Ryan W. Gillespie (0102606)
**UB GREENSFELDER LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
dyeagley@ubglaw.com
rgillespie@ubglaw.com

*Attorneys for Defendant NVR, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 18, 2025, a copy of *Defendant NVR, Inc.'s Motion to Stay Discovery* was electronically filed via the Court's CM/ECF system. Notice and a copy of this filing will be sent to counsel of record for all parties via the Court's CM/ECF system.

> */s/ Ryan W. Gillespie*
> *One of the attorneys for Defendant NVR, Inc.*