IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LAWRENCE, et al. | CASE NO. 1:25-cv-01454-PAB |
| Plaintiffs, | JUDGE PAMELA A. BARKER |
| vs. | |
| NVR, INC. | **REQUEST FOR STATUS CONFERENCE** |
| Defendant | |

Plaintiffs William and Victoria Lawrence respectfully request a status conference concerning a ruling on Defendant's motion to dismiss.

        Respectfully submitted,

        */s/Michael R. Fortney*
        Michael R. Fortney (#0092325)
        FORTNEY LAW, LLC
        300 Weatherstone Dr. #303
        Wadsworth, OH 44281
        (330) 619-8502
        mike@ohiolienlawyer.com

        Attorney for Plaintiffs
        William and Victoria Lawrence

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 22, 2026, a copy of the foregoing was submitted for electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Clerk of Courts' E-Filing System.

                  */s/Michael R. Fortney*
                  Michael R. Fortney #0092325