IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **William Lawrence, et al.** | **Case No.  1:25CV01454** |
| **Plaintiffs,** | |
| | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| **NVR, Inc.,** | **JUDGMENT ENTRY** |
| **Defendant.** | |

For the reasons stated in the Memorandum Opinion and Order issued on March 13, 2026 (Doc. No. 15), the Court GRANTS Defendant NVR, Inc.'s Motion to Dismiss Plaintiffs' Complaint (Doc. No. 6) and dismisses Plaintiffs William and Victoria Lawrence's Complaint (Doc. No. 1-1). This case is hereby TERMINATED.

**IT IS SO ORDERED.**

 s/Pamela A. Barker
PAMELA A. BARKER
Date:  March 13, 2026            U.S. DISTRICT JUDGE