## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

WILLIAM LAWRENCE, et al.

      Plaintiffs,

    vs.

NVR, INC.

      Defendant

CASE NO. 1:25-cv-01454-PAB

JUDGE PAMELA A. BARKER

**NOTICE OF APPEAL**

Plaintiffs William and Victoria Lawrence, through counsel and pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby give notice that they are appealing the March 13, 2026 order (Document #16, PageID #s 180-205) to the Sixth Circuit Court of Appeals.

Respectfully submitted,

*/s/Michael R. Fortney*
Michael R. Fortney (#0092325)
FORTNEY LAW, LLC
300 Weatherstone Dr. #303
Wadsworth, OH 44281
(330) 619-8502
mike@ohiolienlawyer.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2026, a copy of the foregoing was submitted for electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Clerk of Court's E-Filing System.

*s/Michael R. Fortney*
Michael R. Fortney (#0092325)