**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM LAWRENCE, et al. | CASE NO. 1:25-cv-01454-PAB |
| Plaintiffs, | JUDGE PAMELA A. BARKER |
| vs. | |
| NVR, INC. | **NOTICE OF TRANSCRIPT NOT BEING NECESSARY FOR APPEAL PURPOSES** |
| Defendant | |

Plaintiffs William and Victoria Lawrence, through counsel and pursuant to Rule 10 of the

Federal Rules of Appellate Procedure, hereby give notice that no transcript will be ordered.

Respectfully submitted,


*/s/Michael R. Fortney*
Michael R. Fortney (#0092325)
FORTNEY LAW, LLC
300 Weatherstone Dr. #303
Wadsworth, OH 44281
(330) 619-8502
mike@ohiolienlawyer.com
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2026, a copy of the foregoing was submitted for electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Clerk of Court's E-Filing System.

*s/Michael R. Fortney*
Michael R. Fortney (#0092325)